1-14-201?   Case 18-03861

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

JENNIFER ROBINSON

DEBTOR/APPELLANT

A. CHAPTER 13 PROCEEDING
CASE NO. 18-03861

Judge Honorable Timothy A. Barnes

BANKRUPTCY APPEAL

Notice OF APPEAL And Statement OF ELECTION
Please Place A Stay On My property

Notice IS HEREBY GIVEN That pursuant to 28 U.S.C. §158(A) and Fred R. Bank P. 8002, Jennifer Robinson, The Debtor in the above referenced bankruptcy proceeding, by and through herself Prose' filing this Notice of Appeal on behalf of The Debtor, myself, hereby appeals to The United States District Court for the Northern District of Illinois, Eastern Division, from The following order(s) of bankruptcy Judge Timothy A. Barnes, That were entered in This chapter 13 proceeding by The bankruptcy Court, including any and all related or supporting documents, exhibits, all judgements, decrees, decision, rulings Memorandums, arguments, statements, and opinions That merged into and became part of any of Those Orders, That shapes Those Orders That are related to Those Orders, and/or upon which Those Orders are based, and subject to This appeal as follows:

**PAID**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 20 2018
3233582

JEFFREY P. ALLSTEADT, CLERK
INTAKE

Subject OF APPEAL

(1.) The March 8, 2018 Order of bankruptcy Judge Timothy A. Barnes docketed as

1. Case 18-03861
2. 
3. <u>Subject of Appeal</u>
4. "Denying for the Reasons Stated on the Record Motion To Impose
5. Automatic Stay [Dkt. No. 29 (Related Doc #17)" and
6. (2) The March 29, 2018 Order of Bankruptcy Judge
7. A. Barnes docketed as
8. "Denying for The Reasons Stated on the Record Motion to
9. Alter or Amend Judgement / Order [Dkt.
10. No. 45] (Related Doc #39) Signed on 3/29/2018
11. On 7/19/2018 My Case was Dismissed.
12. I was Represented By Attorney Kevin Benjamin. Leaving
13. Me to Defend myself. After paying Him $2,700. On June 11, 2018
14. Kevin Benjamin Walked Off. The Case Like the others. I was Not
15. Informed of Any Court proceedings. Dates, Times, Location. To Save
16. My property.
17. On June 14, 2018 Court Documents came to my house which
18. Stated A Dismiss - Or Motion to Dismiss Case - For Unreasonable
19. Delay. The Order Stated Objections To Confirm My Plan.
20. I was giving June 14, 2018 to July 16, 2018 to Hire An Attorney.
21. After paying Kevin Benjamin, And seeking Over 30 Attorneys
22. to Save my property.
23. I Am Homeless Due to A Tax Buyer Causing my family And
24. I to Suffer. The Judge Timothy A. Barnes. Denying a Automatic
25. Stay on My Families property. Causing Mental illness.
26. I would like to Appeal my case, and seeking Justice against.
27. The Tax Buyer. We were in Court Since 8-04-2016 - Until 7-19-2018
28. Which was Unfair to me And my family. I worked Very Hard.
29. Every check I made went Straight to my Bankruptcy Plan.
30. There were to much Bias in The Court Room.

1. I'll seeking a stay on my property.
2. On January 2018 I Hired Attorney Kevin Benjamin Esq.
3. to help me save my properties. After paying Kevin Benjamin, I
4. was Not informed of Any Court Dates or times.
5. After Hearing of this matter 6/11/18. The Judge Timothy A. Barnes
6. Refused Everything. My Attorney Ask for Automatic Stay, Keeping All of my property.
7. Denying for the Reasons stated on the Record Motion To Impose
8. Automatic Stay [DKT. NO. 29 Related Doc # 17]" and.
9. (2) March 29 2018 Order of Bankruptcy Judge Timothy A. Barnes
10. docketed as "Denying for the Reason stated on the Record. Motion
11. to Alter or Amend Judgment. /order [Dkt. No. 45] (Related Dox
12. R. # 39) Sign on 3/29/2018.
13. Today (I) my case was Dismissed Due to the reason. I Did not
14. Have And Attorney After. I was Cursed out By My Attorney Kevin
15. A Benjamin After paying Him $27.00. His Wife And Kevin acted as
16. Thou they were going to fight me. 6/11/2018 I CAME IN to Court
17. After Recieving A Dismissal. The Judge Timothy A Barnes had
18. Giving me. until 6/14/2018 to 7/19/2018 to come back with an Attorney
19. Tax Records, My Property Value, Ordering me to Resolve my
20. Property Issues. Which I am fighting for my property at 6402 S. Ingleside
21. Chicago Illinois. That's why I filed the Bankruptcy. Now I'm homeless.
22. Santander. and Ocwen Mortgage and Attorney Paul Bach
23. Denied me my Rights. I have the payment by was Denied. After a long fight Paul
24. I would like to Appeal The Judge Timothy A. Barnes Decision.
25. Due to Bias. All of my Attorney's has walked off the Case
26. Due to the favoritism of the Tax Buyer. Who had me in Court Since 8/4/16
27. Tax Deed. Causing myself to Be Homeless.

Parties to The Appeal.

28
29 1. Name of The Appellant(s)
30 Appellant, Jennifer Robinson   Represented by: Pro Se'
                                                 252 Arcadia St.
                                                 Park Forest Il. 60466
                                                 708-724-9519
31
32
33
34
35

## Parties To The Appeal

1. Name of The Appellant(s)

Appellant Jennifer Robinson        Pro Se'  Jennifer Robinson
                                            252 Arcadia St.
                                            Park Forest Il. 60466
                                            708-724-9519

Position of Appellant(s) in the Bankruptcy proceeding that is the subject of this appeal: Appellant is the Debtor in the related Chapter 13 Case No. 18-03861.

### Other Parties To This Appeal:

2. Name of The Appealee(s)

Appellee Axert, LLC - 6402 S. Ingleside Series and U.S. Bank Custodian for TLCF 2012A, LLC

Represented by:    Paul M Bach, Esq
                   Bach Law Offices
                   P.O. Box 1285
                   Northbrook, Illinois 60601
                   847-564-0808

3. Santander Consumer        Santander Consumer USA, In
                             Cari A Kauffman
                             180 North LaSalle Street
                             312-332-3535

4. Ocwen Loan Servicing      Ocwen Loan Servicing
                             P.O. Box 24738
                             Peter C Bastianan
                             Codilis & Associate PC
                             15 W030 North Frontage Road
                             Burrridge Il. 60527 (630) 794-5300

If a Bankruptcy Appellate Panel is available in this Judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158c(c)(1), a party elects to have the appeal heard by the United States District Court.

## ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT

Appellant(s) elects to have the appeal heard by the United States Court.

2. Date this 19th Day of July 2018

Respectfully submitted,

By: Jennifer Robinson

Pro se'

Jennifer Robinson
252 Arcadia St.
Park Forest. IL 60466.
708-724-9519